UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: | Case No. 19-11749

Maurice Jones, | Chapter 13

Debtor. | Honorable Jacqueline P. Cox

## OBJECTION TO MOTION TO EXTEND THE AUTOMATIC STAY

NOW COMES, Bank of America, N.A., (hereinafter referred to as "Movant") by and through its attorneys, Heavner, Beyers & Mihlar, LLC, and for its Objection to Debtor's Motion to Extend the Automatic Stay states as follows:

1.      Debtor, Maurice Jones, is owner of the following Property: 18028 Greenview Ter, Country Club Hills, Illinois 60478-5166.

2.      Movant is a secured creditor by virtue of a Mortgage and Note on the above referenced Property.

3.      The Debtor and Co-Debtor have instituted the following SIX bankruptcy proceedings:

A.      Bankruptcy case number 09-19130, a Chapter 13 case filed on May 27, 2009, by Tarhonda Jones, Co-Debtor.  On August 13, 2009, the case was dismissed on a Motion by the Trustee for failure to file plan.

B.      Bankruptcy case number 09-35811, a Chapter 13 case filed on September 27, 2009, by Tarhonda Jones, Co-Debtor.  On November 18, 2014, the Debtor was discharged.

C.      Bankruptcy case number 17-00776, a Chapter 7 case filed on January 11, 2017, by Maurice Jones, Debtor, and Tarhonda Jones, Co-Debtor.  Movant was granted relief from the automatic stay effective February 15, 2017.  On April 11, 2017, the Debtor was discharged.

D.      Bankruptcy case number 17-13082, a Chapter 13 case filed on April 26, 2017, by Maurice Jones, Debtor.  Movant was granted relief from the automatic stay effective August 15, 2017.  On November 6, 2017, the case was dismissed on a Motion by the Trustee for failure to make plan payments.

E.      Bankruptcy case number 17-33696, a Chapter 13 case filed on November 10, 2017, by Maurice Jones, Debtor. Movant filed a Motion for Relief on January 22, 2019, which was mooted due to dismissal. On March 11, 2019, the case was dismissed on a Motion by the Trustee for failure to make plan payments.

F.      Bankruptcy Case Number 19-11749, a Chapter 13 case filed on April 24, 2019, Maurice Jones the instant case.

4.      In the prior bankruptcy cases, the Debtor was Five (5) months delinquent in monthly mortgage payments owed to Creditor.

5.      There have been no changes in the Debtor's circumstances, to justify another bankruptcy filing.  Like the other bankruptcy filings, the filing is not likely to be successful.

6.      The Debtor has failed to explain what change in circumstances justifies a sixth bankruptcy filing involving this property.

WHEREFORE, Bank of America, N.A. prays for an Order to be entered denying the Debtor's Motion to Extend the Automatic Stay.

Bank of America, N.A.,

By:      */s/ Amanda J. Wiese*
Amanda J. Wiese
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
SEAN D. JORDAN (#6307449)
PINJU CHIU (#6329542)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

## CERTIFICATE OF SERVICE

       I, the undersigned attorney, certify that I served a copy of the above instrument filed on May 10, 2019, upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on May 10, 2019, and as to the Debtor by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 10th day of May, 2019.

**Service by Mail:**

Maurice Jones
18028 Greenview Ter
Country Club Hills, Illinois 60478-5166

**Service by Electronic Notice through ECF:**

David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Tom Vaughn
55 East Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Room 873
Chicago, IL 60604

*/s/ Amanda J. Wiese*
Amanda J. Wiese

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
SEAN D. JORDAN (#6307449)
PINJU CHIU (#6329542)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754