# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: JACQUELINE P. COX

Hearing Date: May 13, 2019

Bankruptcy Case No.: 19-11749

Adversary No.:

Title of Case: Maurice Jones

Brief Statement of Motion: Motion to Extend Stay

Names and Addresses of moving counsel: Dave Siegel / Clay Musberg

Representing: Maurice Jones

## ORDER

**IT IS HEREBY ORDERED**

Debtor's Motion to Extend Stay is denied.

*/s/ Jacqueline P. Cox*
*J. Cox*

JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE

6/11/99