UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 19-11749 |
|---|---|
| Maurice Jones, | Chapter 13 |
| | Plan filed on April 24, 2019 |
| | Confirmation Hearing: June 24, 2019 |
| Debtor. | Honorable Jacqueline P. Cox |

**OBJECTION TO CONFIRMATION OF PLAN**

NOW COMES Bank of America, N.A. (hereinafter referred to as "Creditor"), a secured creditor herein by its attorneys, Heavner, Beyers & Mihlar, LLC, and moves this Honorable Court for an Order denying confirmation of Debtor's plan filed April 24, 2019, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on April 24, 2019. The Debtor's Chapter 13 Plan has not yet been confirmed.

3. Said Creditor is a mortgage holder or servicer on the property commonly known as 18028 Greenview Ter, Country Club Hills, Illinois 60478-5166.

4. The Debtor's plan proposes a monthly payment of $775.00 for 60 months to the Standing Trustee for the benefit of creditors.

5. That the Debtor has used the District's model plan for his Chapter 13 plan and said model contains language negatively impacting the Creditor.

6. The Debtor filed a Chapter 13 Plan proposing to pay mortgage arrears to creditor BoA in the amount of $26,787.00 and monthly ongoing post-petition payments in the amount of $1,550.00.

7. Creditor objects to confirmation of any plan that proposes to cure Creditor's pre-petition arrearage and provide for post-petition payments.

8. The Debtor's bankruptcy was not filed in good faith and the Debtor's plan was not proposed in good faith.

9. Since the inception of the Note and Mortgage the Debtor has filed six bankruptcy cases.

10. The Debtor has had two bankruptcy proceedings pending within the last year and has not had any change in circumstance to justify a sixth bankruptcy filing.

11. The Order denying Debtor's Motion to Extend the Automatic Stay was entered by this Court on May 14, 2019.

12. If the plan is confirmed as filed, it may preclude Creditor from moving forward with its state law remedies.

13. Sufficient grounds exist for denial of confirmation of Debtor's plan:

   a. The Debtor's petition was not filed in good faith;

   b. The Debtor's plan has not been proposed in good faith.

WHEREFORE, this Creditor, Bank of America, N.A., and/or its assigns, requests the Court enter an Order denying confirmation of the Debtor's Chapter 13 plan.

Dated this 17th day of May, 2019.

Bank of America, N.A.,

By: */s/ Amanda J. Wiese*
Amanda J. Wiese
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
SEAN D. JORDAN (#6307449)
PINJU CHIU (#6329542)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754