Form dschntc

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 19−11749
Chapter: 13
Judge: Jacqueline P. Cox

In Re:
   Maurice Jones
   18028 Greenview Terrace
   Country Club Hills, IL 60478

Social Security / Individual Taxpayer ID No.:
   xxx−xx−9511

Employer Tax ID / Other nos.:

---

### Notice of Denied, Vacated, Waived, or Revoked Discharge

On September 16, 2019 , the Court signed an order:

- ○ Vacating the Discharge
- ● Denying the Discharge
- ○ Revoking the Discharge
- ○ Approving the Waiver of the Discharge

FOR THE COURT

Dated: September 17, 2019
                              Jeffrey P. Allsteadt , Clerk
                              United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 19-11749-JPC
Maurice Jones Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: mgarcia1     Page 1 of 2     Date Rcvd: Sep 17, 2019
                    Form ID: dschntc     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.
```
db             +Maurice Jones,    18028 Greenview Terrace,    Country Club Hills, IL 60478-5166
27777439        Bank of America Home Loans,    PO Box 961291,    Fort Worth, TX 76161-0291
27777441        City of Chicago Dept. of Revenue,    Camera Enforcement Violation,    PO Box 88292,
                 Chicago, IL 60680-1292
27777442       +City of Chicago Parking,    Department of Finance,    P. O. Box 6330,    Chicago, IL 60680-6330
27777444        First Premier,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
27777445       +Heavner, Beyers & Mihlar, LLC,    Attorneys at Law,    111 E Main St., Suite 200,
                 Decatur, IL 62523-1204
27777447       +Illinois Tollway,    PO Box 5544,    Chicago, IL 60680-5491
27777452        Sallie Mae,    Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
27777454       +Secretary of State,    Attn: Bankruptcy Department,    PO Box 7848,    Madison, WI 53707-7848
27777455        Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
27777456        Speedyrapid Cash,    PO Box 480408,    Wichita, KS 67278
27777458       +Title Max Loan,    3950 147th Street,    Midlothian, IL 60445-3454
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
27777436        E-mail/Text: ally@ebn.phinsolutions.com Sep 18 2019 02:49:43      Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
27777437       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 02:47:34      American InfoSource,
                 4515 N. Santa Fe Ave.,    Oklahoma City, OK 73118-7901
27777438       +E-mail/Text: Harris@ebn.phinsolutions.com Sep 18 2019 02:53:50      Arnold Scott Harris, P.C.,
                 111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
27777440       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Sep 18 2019 02:53:57      Cb Indigo/gf,
                 Po Box 4499,    Beaverton, OR 97076-4499
27777443       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 18 2019 02:47:05      Credit One,
                 Bankrupcty Department,    PO Box 98873,    Las Vegas, NV 89193-8873
27777446        E-mail/Text: rev.bankruptcy@illinois.gov Sep 18 2019 02:51:15
                 Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
27958671        E-mail/Text: rev.bankruptcy@illinois.gov Sep 18 2019 02:51:15
                 Illinois Department of Revenue,    Bankruptcy Section, P.O. Box 19035,
                 Springfield, IL 62794-9035
27777448        E-mail/Text: cio.bncmail@irs.gov Sep 18 2019 02:50:21      IRS,    Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
27937497        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2019 02:47:31      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
27777450       +E-mail/Text: egssupportservices@alorica.com Sep 18 2019 02:51:59
                 NCO Financial Systems, Inc.,    600 Holiday Plaza Drive,    Suite 300,    Matteson, IL 60443-2238
27777449       +E-mail/PDF: pa_dc_claims@navient.com Sep 18 2019 02:47:25      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
27953213        E-mail/PDF: pa_dc_claims@navient.com Sep 18 2019 02:47:26      Navient,
                 c/o Navient Solutions, LLC,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
27818969       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 18 2019 02:52:09      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
27897683        E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2019 02:50:59
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA 98083-0788
27777451       +E-mail/Text: bankruptcy@rentacenter.com Sep 18 2019 02:53:45      Rent a Center,
                 8747 Harlem Ave,    Bridgeview, IL 60455-1905
27777453        E-mail/PDF: pa_dc_claims@navient.com Sep 18 2019 02:47:49      Sallie Mae,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
27777457        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 02:47:10      T Mobile Wireless,
                 Attn: Bankruptcy Dept.,    4515 N santa Fe Ave,    Oklahoma City, OK 73118-7901
27806363       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 02:47:10      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
27947825       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 02:47:10      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 19
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0752-1           User: mgarcia1              Page 2 of 2             Date Rcvd: Sep 17, 2019
                               Form ID: dschntc            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
          Amanda J Wiese    on behalf of Creditor   Bank Of America, N.A. bankruptcy@hsbattys.com,
           bk4hsbm@gmail.com;hbm@ecf.courtdrive.com
          David M Siegel    on behalf of Debtor 1 Maurice  Jones davidsiegelbk@gmail.com,
           R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          PinJu  Chiu    on behalf of Creditor   Bank Of America, N.A. bankruptcy@hsbattys.com,
           bk4hsbm@gmail.com;hbm@ecf.courtdrive.com
          Tom  Vaughn    ecf@tvch13.net,  ecfchi@gmail.com
                                                                                        TOTAL: 5
```